# United States Bankruptcy Court
## of the
## EASTERN DISTRICT OF TENNESSEE
### Knoxville

Trustee's Final Report

In Re: MICHAEL DONOVAN TIPTON  
4602 HOLSTON DRIVE  
KNOXVILLE, TN  37914

Case Number: 07-34220  
SSN-xxx-xx-1296

Case filed on: 8/12/2005  
Plan Confirmed on: 10/13/2005

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $53,441.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 002 | CLERK OF THE COURT | 194.00 | 194.00 | 0.00 | 0.00 |
|  | Total Administration | 194.00 | 194.00 | 0.00 | 0.00 |
| 005 | COUNTRYWIDE HOME LOANS | 74,296.66 | 74,296.66 | 5,999.68 | 0.00 |
|  | Total Continue | 74,296.66 | 74,296.66 | 5,999.68 | 0.00 |
| 001 | Gail F. Wortley | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
| 031 | CYNTHIA T. LAWSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
| 010 | DEPT OF THE TREASURY - IRS | 1,172.28 | 1,172.28 | 1,172.28 | 0.00 |
|  | Total Priority | 1,172.28 | 1,172.28 | 1,172.28 | 0.00 |
| 999 | MICHAEL DONOVAN TIPTON | 0.00 | 1,057.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 1,057.00 | 0.00 | 0.00 |
| 003 | AMERICAN HONDA FINANCE CORPORATION | 10,000.00 | 10,000.00 | 5,405.99 | 1,429.65 |
| 004 | GENERAL MOTORS ACCEPTANCE CORP | 29,000.00 | 29,000.00 | 12,140.14 | 4,379.86 |
| 005 | COUNTRYWIDE HOME LOANS | 0.00 | 2,997.92 | 2,997.92 | 0.00 |
| 005 | COUNTRYWIDE HOME LOANS | 10,897.11 | 10,897.11 | 10,897.11 | 0.00 |
| 007 | COUNTRYWIDE HOME LOANS | 5,710.74 | 5,710.74 | 2,660.00 | 0.00 |
| 009 | WASHINGTON MUTUAL | 77,587.37 | 77,587.37 | 0.00 | 0.00 |
|  | Total Secured | 133,195.22 | 136,193.14 | 34,101.16 | 5,809.51 |
| 003 | AMERICAN HONDA FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | GENERAL MOTORS ACCEPTANCE CORP | 4,521.09 | 4,521.09 | 483.19 | 0.00 |
| 008 | COUNTRYWIDE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | Pamela G. Steele, Ast. U.S. Attorney | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | AMERICAN GENERAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | BELLSOUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | BRINKS HOME SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CRICKET | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORP | 1,919.72 | 1,919.72 | 205.17 | 0.00 |
| 017 | RETAIL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SENOIR HEALTH CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ST MARYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | UNIVERSITY OF TN MEDICAL CENTER | 6,899.50 | 6,899.50 | 737.39 | 0.00 |
| 021 | VIJAY JETHANANDANI MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | YELLOW BOOK-SOUTHERN | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | YELLOW BOOK | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | RURAL/METRO AMBULANCE (KNOX CO.) | 584.75 | 584.75 | 62.49 | 0.00 |
| 025 | STERLING INC   DBA JARED JEWELERS | 930.50 | 930.50 | 99.45 | 0.00 |
| 026 | ARROW FINANCIAL SERVICES LLC | 298.66 | 298.66 | 31.92 | 0.00 |
| 027 | KNOX OB/GYN | 395.79 | 395.79 | 42.30 | 0.00 |
| 028 | CHASE BANK USA NA/CIRCUIT CITY VISA | 8,031.07 | 8,031.07 | 858.33 | 0.00 |
| 029 | MCCALLA RAYMER, ET. AL | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | Matthew T. Tuck,  Associate Attorney | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 23,581.08 | 23,581.08 | 2,520.24 | 0.00 |
|  | Grand Total: | 234,439.24 | 238,494.16 | 45,793.36 | 5,809.51 |

**United States Bankruptcy Court**
of the
**EASTERN DISTRICT OF TENNESSEE**
Knoxville

| | |
|---|---|
| Total Paid Claimant: | $51,602.87 |
| Trustee Allowance: | $1,838.13 |
| Percent Paid Unsecured: | 10.69 |

Report Dated: 12/13/2007

/s/ Gwendolyn M. Kerney
_____

Chapter 13 Trustee

Unite States Bankruptcy Court
of the
EASTERN DISTRICT OF TENNESSEE
Knoxville

In Re:      Michael Donovan Tipton              Case #07-34220
                                                Chapter 13

Certificate of Mailing

The undersigned certifies, under the penalties of perjury, that a copy of the attached Final Report in case number 07-34220 has been serviced by electronic mail and/or by first class US Postal mail, postage prepaid, to the following:

Debtor:
   Michael Donovan Tipton
   4602 Holston Drive
   Knoxville, TN  37914

Attorney for debtor:
   Cynthia T. Lawson
   Attorney at Law
   5418 Clinton Highway
   Knoxville, TN 37912

Dated:  12/13/2007

/s/ Gwendolyn M. Kerney
Chapter 13 Trustee