IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Michael Donovan Tipton ) | NO: 07-34220 |
| ) | Chapter 7 |
| Debtor ) | |

## AMENDMENT TO SCHEDULE F

The following corrections and additions are made to the Schedule F previously filed by the above named Debtor. All matters listed on the original Schedule F not shown on this Amendment remain unchanged.

Toppenburg & Burke, P.C.
612 S. Gay Street, Suite 1
Knoxville, TN 37902

AMT OWED: **$2,471.61**
CONSIDERATION: legal fees

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY TO AMENDED SCHEDULE F

I, Michael Tipton, declare under penalty of perjury that we have read the above Amendment and the matters stated therein are true and correct to the best of our knowledge, information and belief.

DATED: 05/22/08

Michael D. Tipton

6/8/08

DATED: 06/13/08

/s/ Cynthia T. Lawson
CYNTHIA T. LAWSON, #018397
Bond, Botes & Lawson, P.C.
5418 Clinton Highway
Knoxville, TN 37912
(865) 687-0733
cynthialawson@bbllawgroup.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Amendment has been forwarded to the following:

| | |
|---|---|
| John P. Newton<br>Chapter 7 Trustee | via ECF email |
| Patricia Foster<br>Attorney for U.S. Trustee | via ECF email |
| Toppenburg & Burke, P.C.<br>612 S. Gay Street, Suite 1<br>Knoxville, TN 37902 | USM |

Dated: 6/24/08 ~~06/13/08~~

/s/ Cynthia T. Lawson
**CYNTHIA T. LAWSON**